UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 JUN -3  PM 3: 35

LEILA SROUR,

    Plaintiff,

v.

CRYSTAL JING CHEN, PETER DAVIS CHEN-CLAUS, and PETKEY LLC,

    Defendants.


Case No.: [To be assigned]


AMENDED COMPLAINT AND JURY DEMAND


Plaintiff Leila Srour, appearing pro se, alleges as follows:


JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to these claims occurred within this District.


PARTIES

3. Plaintiff Leila Srour is an individual residing in Miami, Florida.

4. Defendant Crystal Jing Chen resides at 6 Madison Ave, Apt 9E, New York, NY 10016.

5. Defendant Peter Davis Chen-Claus resides at the same address.

6. Defendant PetKey LLC is a Michigan limited liability company located at 28525 Beck Rd., Suite

123, Wixom, MI 48393.

## FACTUAL BACKGROUND

7. Plaintiff is the lawful owner of Ice, a Samoyed dog born in 2018, trained and relied upon as a service animal under the Americans with Disabilities Act (ADA).

8. Ice has been Plaintiff's emotional and psychiatric support dog for over six years, aiding in medical symptoms on a daily basis.

9. In early 2023, Crystal Jing Chen and Peter Davis Chen-Claus took unauthorized possession of Ice while Plaintiff was temporarily away.

10. Despite repeated and documented demands, they have refused to return Ice.

11. PetKey LLC facilitated the unauthorized transfer of Ice's microchip registration, contributing directly to the Defendants' unlawful retention.

12. The federal government provides special recognition and legal protection for service dogs, including emotional and psychiatric support animals under federal disability law.

13. Defendants' actions have interfered with Plaintiff's protected rights and medical needs.

## CAUSES OF ACTION

### COUNT I - NEGLIGENCE

14. Defendants acted negligently in taking and retaining possession of Plaintiff's service dog without justification.

### COUNT II - BREACH OF CONTRACT

15. Defendants breached verbal or implied agreements regarding the temporary housing or care of Ice.

### COUNT III - FACILITATING UNAUTHORIZED POSSESSION

16. PetKey LLC enabled the wrongful possession of Plaintiff's service dog by processing a transfer of ownership without Plaintiff's knowledge or consent.

## COUNT IV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

17. Defendants' conduct was extreme, intentional, and outrageous and caused Plaintiff ongoing trauma and mental suffering.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Order the immediate return of Ice;

b. Award compensatory damages in excess of $75,000;

c. Award punitive damages as appropriate;

d. Award attorneys' fees and legal costs;

e. Grant any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

Dated: June 3, 2025

Respectfully submitted,

Leila Srour

452 NE 31 ST, Apt 502

Miami, Florida 33137

Phone: 619-380-0011

Email: leila.a.srour@gmail.com