UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                        Plaintiff,

       -v-

CRYSTAL JING CHEN, ET AL.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff, who is proceeding *pro se*, brought this action on June 2, 2025, asserting claims of negligence, breach of contract, facilitating unauthorized possession, and intentional infliction of emotional distress.

    By Order of Reference dated June 17, 2025, Judge Rearden referred this case to me for general pretrial supervision and a report and recommendation on any dispositive motion. ECF No. 10.

    On July 7, 2025, Defendants Crystal Jing Chen and Peter David Chen-Claus (the "Chen Defendants") filed a motion to dismiss the claims against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), with supporting documents. *See* ECF Nos. 14– 16. Plaintiff's opposition papers were due on July 21, 2025. To date, Plaintiff has filed no papers in opposition to the Chen Defendants' motion.

Plaintiff is directed to file opposition papers, if any, to the motion to dismiss by **August 18, 2025**. If Plaintiff does not intend to oppose these motions, she should instead file a letter on the docket stating her intent not to file opposition papers by the same date. If Plaintiff files an opposition, the Chen Defendants' Reply is due by **August 25, 2025**.

If Plaintiff does not submit opposition papers, the Court will address these motions based on the Defendants' submissions alone. If Plaintiff provides no response at all, the undersigned might recommend that the claims asserted in this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: August 4, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge