```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

    -v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Letter dated August 1, 2025, Plaintiff requested an extension of the deadline to oppose the Chen Defendants' motion to dismiss. ECF No. 17. Plaintiff's request is **GRANTED**.

    Plaintiff's opposition is due by **September 2, 2025**. The Chen Defendants' reply is due by **September 9, 2025**.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: August 5, 2025
       New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge