```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

    -v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff, who is proceeding *pro se*, filed her opposition to Defendants' motion to dismiss, ECF No. 14, on September 2, 2025. ECF No. 22. As Defendants point out, this filing did not appear on the docket until September 5. *See* ECF No. 23. Plaintiff's opposition refers to "veterinary records, registration documents, and prior filings," none of which are filed therewith. ECF No. 22 at 1. The only exhibits filed are a cover sheet, ECF No. 22-1, and a one-page letter about Plaintiff's own medical treatment, ECF No. 22-2. This suggests the possibility of a filing error.

    The Court directs Plaintiff to review her electronic filings and to review the notice provided by Defendants, dated August 5, 2025, pursuant to Local Civil Rule 12.1. ECF No. 20. The August 5 notice advises Plaintiff that, because Defendants submitted materials outside the pleadings for the Court's consideration, this motion may be treated as one for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. As such, the claims that Plaintiff asserts in the complaint **MAY BE DISMISSED WITHOUT A TRIAL IF PLAINTIFF DOES NOT RESPOND**

**TO THE MOTION BY FILING SWORN AFFIDAVITS AS REQURIED BY RULE 56(C) AND/OR OTHER DOCUMENTS**. Additional warnings to Plaintiff are included in the notice filed at ECF No. 20. Here, Plaintiff has filed no sworn affidavit and has filed only a single, one-page exhibit.

Accordingly, Plaintiff may submit additional evidence to counter the facts asserted by Defendants by **September 19, 2025**, If Plaintiff does not submit additional evidence, the Court will address the motion based on the current submissions and any reply brief filed by Defendants.

Defendants' deadline to submit a reply is extended to **October 3, 2025.**

**SO ORDERED.**

Dated: September 8, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge