UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2025

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 25, 2025, the parties filed letters regarding Plaintiff's supplemental submission at ECF No. 25. Plaintiff asks that her submission be accepted as timely, permission to resubmit her filed exhibits if preferred by the court, and other relief for prompt resolution of the pending motion. ECF No. 26. Defendants Crystal Jing Chen and Peter Davis Chen-Clause (the "Chen Defendants") state that the supplemental submission was not entered on the docket until three days after the deadline and seek clarification of the submission's completeness. ECF No. 27.

The docket reflects that Plaintiff's supplemental submission was submitted on September 20, 2025, and entered on the docket on September 22, 2025. ECF No. 25. Plaintiff's submission is therefore late as it was submitted after the September 19, 2025, deadline set by the Court's September 8, 2025 Order. ECF No. 24. Plaintiff states that she is "in the Pacific Time Zone and did [her] best to submit by 11:59 p.m. Eastern Time" and "acted at all times in good faith to meet the Court's

1

deadline." ECF No. 26 at 1. In light of this explanation by Plaintiff, the Court will accept her late submission as timely. Plaintiff is warned, however, that future submissions must be made by 11:59 p.m. Eastern Time on the deadline set by the Court and may not be accepted if submitted late.

Further, Plaintiff states that "all documents referenced in [her] Opposition were submitted." ECF No. 26 at 1. Plaintiff then offers to provide additional supporting material if necessary. *Id.* Plaintiff has been given two opportunities to present an opposition to the Chen Defendants' motion, ECF Nos. 22 and 25, and has twice been provided notice pursuant to Local Civil Rule 12.1. *See* ECF Nos. 20 and 24. The Court takes Plaintiff at her word that all the documents she intended to submit with her opposition were included in her filings, and no further submissions by Plaintiff will be considered. Plaintiff also does not need to resubmit the same materials she has already filed.

In consideration of the above rulings, the Chen Defendants' deadline to submit their reply in support of their motion to dismiss is extended to **October 6, 2025.**

Additionally, Plaintiff has stated that she has "now transitioned [her] residence to Los Angeles, California," ECF No. 25 at 2, and that she is "in the Pacific Time Zone," ECF No. 26 at 1. However, the docket still reflects a Miami address for Plaintiff. On August 6, 2025, the Court entered Standing Order M10-468 regarding the duty of self-represented parties to keep address information current. ECF No. 6. Standing Order M10-468 requires "all self-represented

litigants . . . to inform the court of each change in their address or electronic contact information" and warns *pro se* plaintiffs that "the court may issue an Order to Show cause why the case should not be dismissed without prejudice for failure to comply with this order" if the court "receives information that the address of record for a self-represented plaintiff is no longer valid." *Id.* Accordingly, if Plaintiff has moved to a new address, she is directed to file the attached Notice of Change of Address form.

**SO ORDERED.**

Dated: September 26, 2025
      New York, New York

                                         Henry J. Ricardo
                                         United States Magistrate Judge

IH-34                                                                                                          Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____   _____   _____   _____
Address                                 City                            State           Zip Code

_____          _____
Telephone Number                               E-mail Address (if available)

_____          _____
Date                                                      Signature