UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                    Plaintiff,

          -v-

CRYSTAL JING CHEN, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/9/2025_

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff filed a letter dated October 7, 2025, requesting that the Court require all further communications between the parties to be directed through the Court. ECF No. 32. This request is denied.

Parties to a litigation must communicate throughout the process. Many judges, including the undersigned, require parties to meet and confer directly before bringing disputes to the Court. *See* Individual Practices in Civil Pro Se Cases; Individual Rules and Practices for Civil Cases. The relief that Plaintiff seeks is unreasonable and counterproductive.

**SO ORDERED.**

Dated: October 9, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1