UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

    -v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff filed a letter dated October 22, 2025, regarding her submissions in opposition to the Chen Defendants' motion to dismiss. ECF No. 37.

    Briefing on the motion is complete as of the filing of the Chen Defendants' reply brief on October 6, 2025. ECF No. 31. Plaintiff has repeatedly represented that she has submitted all supporting documents and evidence in support of her opposition. *See* ECF Nos. 26 and 37. As the Court stated in its September 26, 2025 Order, "The Court takes Plaintiff at her word that all the documents she intended to submit with her opposition were included in her filings, and no further submissions by Plaintiff will be considered. Plaintiff also does not need to resubmit the same materials she has already filed." ECF No. 28. Accordingly, no further submissions that present the same arguments and materials should be filed.

    To the extent Plaintiff requests a conference, that request is denied without prejudice pending further consideration of the motion to dismiss.

**SO ORDERED.**

Dated: October 23, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge