USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/8/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                          Plaintiff,

              -v-

CRYSTAL JING CHEN, ET AL.,

                          Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff Leila Srour initiated this action by filing a complaint on June 2, 2025, ECF No. 1, and amended her complaint the next day.  ECF No. 7.  Defendant PetKey LLC filed its answer to the amended complaint on July 1, 2025.  ECF No. 13.

Federal Rule of Civil Procedure 7.1 requires a party in an action based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement that "name[s]— and identif[ies] the citizenship of—every individual or entity whose citizenship is attributed to that party[.]"  Such disclosure must be filed with the party's first appearance or pleading.

To date,  Defendant PetKey LLC has not filed a Rule 7.1 disclosure statement.  "An LLC is a citizen of each state of which its members are citizens." *Aurora Loan Servs. LLC v. Sadek*, 809 F. Supp. 2d 235, 239 (S.D.N.Y. 2011). Accordingly, Defendant PetKey LLC is directed to file its Rule 7.1 disclosure statement by **December 19, 2025**.

1

**SO ORDERED.**

Dated: December 8, 2025
    New York, New York

Henry J. Ricardo
United States Magistrate Judge

2