UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2025

LEILA SROUR,

          Plaintiff,

      -v-

CRYSTAL JING CHEN, ET AL.,

          Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 23, 2025, Defendant PetKey LLC ("Petkey") filed its Rule 7.1 disclosure statement.  ECF No. 43.  Therein, PetKey disclosed that it is "wholly owned by PetKey Holdings, Inc., a corporation organized under the laws of the State of Delaware[.]"  *Id.*

"An LLC is a citizen of each state of which its members are citizens."  *Aurora Loan Servs. LLC v. Sadek*, 809 F. Supp. 2d 235, 239 (S.D.N.Y. 2011).  In turn, a corporation is a dual citizen of the place where it is incorporated and its principal place of business.  *See Astra Oil Trading v. PRSI Trading Co. LP*, 794 F. Supp. 2d 462, 469 (S.D.N.Y. 2011).  Because PetKey has not disclosed its principal place of business, its Rule 7.1 disclosures are incomplete.

Accordingly, PetKey is directed to file an amended Rule 7.1 disclosure statement by **January 9, 2026**.

**SO ORDERED.**

Dated: December 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2