USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/2/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

       -v-

CRYSTAL JING CHEN, ET AL.,

             Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated December 29, 2025, the Court directed Defendant PetKey LLC to file an amended Rule 7.1 disclosure statement. ECF No. 44. PetKey LLC filed an amended Rule 7.1 disclosure statement on December 30, 2025, adding its own principal place of business. ECF No. 45. However, PetKey LLC did not disclose the principal place of business of PetKey Holdings, Inc. "An LLC is a citizen of each state of which its members are citizens," *Aurora Loan Servs. LLC v. Sadek*, 809 F. Supp. 2d 235, 239 (S.D.N.Y. 2011), and a corporation is a dual citizen of the place where it is incorporated and its principal place of business, *see Astra Oil Trading v. PRSI Trading Co. LP*, 794 F. Supp. 2d 462, 469 (S.D.N.Y. 2011). PetKey LLC must identify each member of PetKey LLC. It must then identify the citizenship of each such member. Assuming that PetKey Holdings, Inc. is the sole member of PetKey, LLC, both the state of incorporation and its principal place of business of PetKey Holdings, Inc. must be disclosed. Accordingly, PetKey LLC is

1

directed to file a second amended Rule 7.1 disclosure statement by **January 9, 2026**.

**SO ORDERED.**

Dated: January 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2