UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                  *Plaintiff*,

     *-vs-*

CRYSTAL JING CHEN, PETER DAVIS CHEN-CLAUS and PETKEY, LLC,

                  *Defendants.*

**SECOND AMENDED RULE 7.1 DISCLOSURE STATEMENT**

1:25-cv-4620

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Petkey, LLC, by and through its attorneys Barclay Damon LLP, hereby discloses that it is a limited liability company organized under the laws of the State of Michigan, with a principal place of business located at 28525 Beck Road, Suite 123, Wixom, MI 48393.  PetKey, LLC is wholly owned (100%) by PetKey Holdings, Inc., a corporation organized under the laws of the State of Delaware, with a principal place of business located at 251 Little Falls Drive, Wilmington, DE 19808, and formerly known as PMS US, Inc.  PetKey Holdings, Inc. is wholly owned (100%) by PetKey Ltd.  PetKey Ltd. is owned ninety percent (90%) by James Murray Obodynski. There is no publicly held corporation that owns ten percent (10%) or more of the stock or membership interests of PetKey, LLC.

**DATED:**      January 6, 2025

**BARCLAY DAMON LLP**

By:_____
    John (J.J.) Pelligra
    Bar Roll No: 5626486
*Attorneys for Defendant Petkey*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Phone: (315) 425-2700
Email: jpelligra@barclaydamon.com

33027627.1