January 9, 2026

Dear Judge Henry,

I respectfully write to acknowledge receipt of the Report and Recommendations and to express my appreciation for the Court's time and consideration.

I intend to submit objections to the Report and Recommendations, and my filing is substantially complete. I write solely to inform the Court that for the past three days I have experienced technical issues accessing PACER, which has limited my ability to review certain docket materials needed for final reference and citation. At this time, I have been unable to reach PACER support to resolve the issue.

I am not requesting an extension. I wished only to ensure the Court is aware of this technical access issue as I finalize my submission.

Respectfully submitted,
Leila Srour
Pro Se