**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 25-cv-04620 (JHR)**

**LEILA SROUR,**
Plaintiff,

v.

**CRYSTAL JING CHEN, PETER DAVIS CLAUS-CHEN, and PETKEY LLC,**
Defendants.

**PLAINTIFF LEILA SROUR'S BRIEF CLARIFICATION**

**Dated: January 31, 2026**

Plaintiff submits this brief clarification solely to address a **significant and inaccurate mischaracterization** contained in Defendants' response. Plaintiff did not object to the Court, the Magistrate Judge, or the Court's authority, nor did Plaintiff assert bias, unfairness, or procedural impropriety. To the contrary, Plaintiff expressly acknowledged and appreciated the Court's careful analysis and the portions of the Report and Recommendation that denied Defendants' motion and permitted claims to proceed. Plaintiff's objections were not emotional; they were factual, grounded in the record, and properly raised pursuant to Rule 72 for the limited purpose of correcting material factual misstatements and preventing the premature resolution of disputed facts at the motion-to-dismiss stage. Any suggestion that Plaintiff disparaged or challenged the Court is incorrect and unsupported by the record.

From the outset of this action, Plaintiff has consistently alleged specific and concrete facts concerning the conduct at issue. Defendants, by contrast, have largely declined to engage the merits of those factual allegations and have instead relied on procedural objections and abstract legal framing. Plaintiff has proceeded in good faith, complied with the Local Rules and practices of the Southern District of New York, and grounded her submissions in applicable law. Plaintiff will continue to comply with the Court's directives and will participate in the case management conference scheduled for **February 12**, as directed by the Honorable Judge Henry. This clarification is submitted solely to ensure that the record accurately reflects Plaintiff's position.

Respectfully submitted,

**Leila Srour**
Plaintiff, Pro Se