# BUCKHEIT PARTNERS LLP

20 Spring Street, Suite 1
Warwick, New York 10990
Tel. (845) 357-0625 / Fax (866) 506-4025

John L. Buckheit, Esq. * °                          buckheit@buckheitpartners.com
Joseph A. Jiampietro, Esq. *                        jiampietro@buckheit partners.com
Richard E. Parke, Esq.                              parke@buckheitpartners.com
°Also admitted in New Jersey            *Also admitted in the District of Columbia

March 10, 2026

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *Srour v. Chen et al.*, No. 25-cv-4620 (JHR) (HJR)
>      Response to Plaintiff's March 10, 2026 Letter (ECF No. 57)

Dear Judge Rearden:

We respond on behalf of Defendants Crystal Jing Chen and Peter Davis Chen-Claus (the "Chen Defendants") to Plaintiff Leila Srour's letter to Your Honor of today (ECF No. 57). Defendant PetKey LLC joins this response.

Defendants are willing to confer with Plaintiff regarding the scheduling concerns in her letter. We believe the most efficient course would be for the parties to confer and, if necessary, present any remaining issues to the Court, consistent with the Court's rules concerning attempted resolution before judicial intervention. Plaintiff did not contact Defendants' counsel before filing the letter.

Concerning the case's status, the parties have exchanged Rule 26(a)(1) initial disclosures. Plaintiff has not served any discovery requests. The Chen Defendants have served two sets of Rule 34 document requests; Plaintiff's responses are due on March 16 and March 30, 2026. Defendant

The Honorable Jennifer H. Rearden, U.S.D.J.
March 10, 2026
Page 2

Petkey LLC has served one set of Rule 34 document requests; responses are due on March 16, 2026. No depositions have been noticed.

Under the Court's Scheduling Order (ECF No. 56), fact discovery closes on July 10, 2026 and depositions are to be completed by June 10, 2026. The parties must also submit a joint status report to Judge Ricardo by April 13, 2026. Discovery is in its early stages and the schedule provides substantial time for the parties to complete discovery. Plaintiff's letter does not identify any specific deadline for which she seeks an extension, but Defendants do not oppose reasonable adjustments to discovery deadlines, if warranted after conferring.

Accordingly, Defendants respectfully request the Court's guidance as to whether the parties should first confer with Plaintiff regarding the scheduling issues she has raised, or whether the Court prefers to address those issues in the first instance. Defendants believe that a brief conferral between the parties may resolve or narrow the issues raised in Plaintiff's letter, after which any remaining discovery dispute could be presented to the Court via the procedures set forth in the Court's Individual Rules.

Defendants have no position on the status of the Report and Recommendation.

Thank you.

Respectfully submitted,

*/s/ John L. Buckheit*

John L. Buckheit

*Counsel for Defendants*
*Crystal Jing Chen and Peter Davis Chen-*
*Claus*

cc: All counsel and parties of record (via ECF)