UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/11/2026___

LEILA SROUR,

                Plaintiff,

     -v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's March 10, 2026 letter, ECF No. 57, and the Chen Defendants' response, ECF No. 58. This Order addresses the discovery-related portions of the parties' letters, as this action was referred to the undersigned for general pretrial supervision. *See* ECF No. 10 (referring action for general pretrial supervision and dispositive motions).

The parties are directed to confer before raising any discovery issue with the Court by letter motion. Rule II.B.1 of the Court's Individual Rules and Practices for Civil Cases, as incorporated by Part IV of the Court's Individual Practices in Civil Pro Se Cases, describes the procedures for raising discovery disputes. The Court's individual rules and practices are available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The July 10, 2026 fact discovery deadline, as set by the Court's February 12, 2026 Scheduling Order, ECF No. 56, remains in effect.

1

**SO ORDERED.**

Dated: March 11, 2026
        New York, New York

_____

Henry J. Ricardo
United States Magistrate Judge