UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026

LEILA SROUR,

                Plaintiff,

        -v-

CRYSTAL JING CHEN, ET AL.,

             Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 60.  Parties are directed to submit their next joint status report by **June 12, 2026.**

**SO ORDERED.**

Dated: April 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge