UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

     Plaintiff,

  -v-

CRYSTAL JING CHEN, ET AL.,

     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2026__

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 62, requesting guidance on amending the complaint.

The Court cannot give legal advice. If Plaintiff is considering amending her complaint, she should first confer with the defendants about how she proposes to amend the complaint and what impact that amendment would have on the pending motion to dismiss and the overall case schedule.  For example, an amended complaint might trigger a new motion to dismiss, further delaying the case.  The Parties should determine whether they agree to the amendment.  Then, assuming the Plaintiff still wants to amend after conferring, she should file a letter motion requesting a conference to discuss a proposed motion to amend.

**SO ORDERED.**

Dated: May 13, 2026
   New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge