UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                Plaintiff,

      -v-

CRYSTAL JING CHEN, ET AL.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2026
```

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     The Court is in receipt of the Parties' joint status report. ECF No. 70. The Parties are directed to file their next joint status report by **August 14, 2026**.

**SO ORDERED.**

Dated: June 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge