UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

                  Plaintiff,

       -v-

CRYSTAL JING CHEN, ET AL.,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2026_

**ORDER**

25-CV-4620 (JHR) (HJR)

---

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 17, 2026 to address the discovery dispute raised in Plaintiff's letter at ECF No. 64. For the reasons articulated at the conference, Defendants shall review their veterinary records to determine whether there are any microchip-related records to produce. Defendants shall produce any such records to Plaintiff by **July 1, 2026**.

**SO ORDERED.**

Dated: June 17, 2026
     New York, New York

                           _____
                           Henry J. Ricardo
                           United States Magistrate Judge