USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion containing requests related to discovery. ECF No. 80. Despite joining Defendants' July 9, 2026 request to extend the fact discovery deadline to September 9, 2026, ECF No. 77, which was granted, ECF No. 79, Plaintiff asks the Court to "declare fact discovery complete," except for the discovery that Plaintiff seeks. *See* ECF No. 80. Thus, it appears that Plaintiff wishes to prevent Defendants from obtaining additional discovery while she remains free to do so.

The Court denies Plaintiff's request. To start, the existing scheduling order allows both sides to obtain fact discovery until the September 9, 2026 deadline. Plaintiff provides no justification for setting an earlier deadline for Defendants, but not for her. While Plaintiff complains of "multiple, overlapping requests" and a "repeated pattern of discovery abuse," she identifies no particular discovery dispute that needs to be resolved. Further, Plaintiff demands that Defendants "immediately produce all withheld documents . . . that remain

improperly withheld," without explaining what documents she means and why any withholding of them was improper. In short, Plaintiff fails to show why she is entitled to any relief in relation to discovery and her motion must be denied.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 80 as **DENIED**.

**SO ORDERED.**

Dated: July 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge