UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/13/2026

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion requesting appointment of pro bono counsel. ECF No. 89. Plaintiff failed to attach the required Request to Proceed in Forma Pauperis to the motion. Accordingly, the motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 89 as **DENIED**.

**SO ORDERED.**

Dated: August 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge