USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint status report. ECF No. 91. The Parties are reminded that any discovery dispute or request to amend a pleading must be raised by motion, not by status letter. The discovery deadline remains September 9, 2026. The Parties should provide a post-discovery status update by **September 16, 2026**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge