USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 17, 2026 to discuss the discovery disputes raised in Plaintiff's July 27, 2026 letter. ECF No. 83. The letter raised two disputes: 1) the Chen Defendants' failure to produce photographs and related materials supporting Crystal Jing Chen's asserted medical justification, and 2) PetKey's failure to produce or adequately account for the August 2024 call with Lisa Hunter. For the reasons articulated at the conference, the relief requested is **DENIED**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge