USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 98 ("Defendants' Motion"), requesting an order compelling Plaintiff to produce certain documents, and Plaintiff's letter motion, ECF No. 99 ("Plaintiff's Motion"), requesting to extend the fact discovery deadline.

Plaintiff shall file a response to Defendants' Motion by **September 9, 2026**. The undersigned will hold a conference by telephone to address Defendants' Motion on **September 30, 2026** at **11:00 a.m.** Counsel and Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 157 758 190#).

Plaintiff's Motion is **GRANTED** for good cause shown, including Plaintiff's unsuccessful effort to obtain third-party documents without a subpoena. The fact discovery deadline is extended to **October 9, 2026**.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 99 as **GRANTED**.

**SO ORDERED.**

Dated: September 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge