USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 101 (the "Letter Motion"), requesting to extend the fact discovery deadline. The Letter Motion appears to be a duplicate of the letter filed at ECF No. 99, which the undersigned granted in the order at ECF No. 100. Therefore, the Letter Motion is **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 101 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: September 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge