USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 103, asking to strike a duplicative filing that was entered on the docket, ECF No. 101. The undersigned appreciates Plaintiff's clarification and has already denied the duplicative filing as moot. See ECF No. 102. There is no real need to strike the filing in addition to denying it. Plaintiff's letter motion at ECF No. 103 is therefore **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 103 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: September 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge