USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, which seemingly requests the ability to file and receive filings from ECF electronically. ECF No. 104. Plaintiff is directed to review the Order entered by Chief Judge Swain at ECF No. 6, which includes links to the forms that must be filled out to receive and submit electronic case filings as well as instructions for completing the process. Plaintiff must comply with the rules and instructions if she wishes to activate electronic filing privileges.

**SO ORDERED.**

Dated: September 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge