USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Chen Defendants' letter motion. ECF No. 110. Plaintiff shall file her response by **September 24, 2026**. The letter motion will be discussed at the conference scheduled for September 30, 2026. *See* ECF No. 100. To clarify, the extension of fact discovery to October 9, 2026 applies to all parties. ECF No. 100.

By Order dated August 17, 2026, the parties were directed to file a joint status report by September 16, 2026. ECF No. 93. To date, no status report has been filed. The deadline for filing the status report is extended to **October 16, 2026**.

**SO ORDERED.**

Dated: September 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge