USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference to discuss the discovery disputes raised in the letter motions at ECF Nos. 98 and 110. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Plaintiff is directed to produce in full one or more statements for the bank account that was linked to Zelle that cover transactions made on July 31, 2023 and August 1, 2023.

Defendants' request for travel documents is **DENIED**, based on Plaintiff's representation on the record that she does not seek damages based on loss of travel support.

The undersigned confirms again that the discovery extension granted by order dated September 2, 2026 applies to all parties, and that the requests for admissions served on September 8, 2026 are not untimely.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 98 as **GRANTED IN PART** and **DENIED IN PART** and the letter motion at ECF No. 110 as **GRANTED**.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge