USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a discovery conference. ECF No. 124. The request for a conference is **GRANTED**. A conference is scheduled on **October 28, 2026,** at **3:00 p.m.** by telephone to discuss Plaintiff's letter motion. Counsel and the pro se Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 855 557 920#). Responses to the letter motion are due by **October 23, 2026**.

The Court is also in receipt of the parties' status report. ECF No. 125. The parties shall file another status report by **December 18, 2026**.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge