USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference to discuss the discovery disputes raised in Plaintiff's letter motion at ECF No. 124. For the reasons articulated at the conference, Plaintiff's letter motion is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's request that the Chen Defendants produce all communications with Ali Sorour is **DENIED** without prejudice to renewal in the event that Plaintiff determines that she did not receive the communications the Chen Defendants identified during the conference. Plaintiff's request for unredacted copies of veterinary records is **DENIED**. Plaintiff's request for communications regarding Petkey is **GRANTED IN PART**. The Chen Defendants shall attempt to download and produce their profile with Petkey.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 124 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge