UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

LEILA SROUR,

Plaintiff,

-v-

CRYSTAL JING CHEN, ET AL.,

Defendants.

**ORDER**

25-CV-4620 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting an in-person conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. ECF No. 131. The undersigned already held an initial case management conference under Rule 16. *See* ECF Nos. 51, 56. Plaintiff's request for an in-person Rule 16 conference appears to focus on whether she should have an in-person trial on the merits. That is not the purpose of a Rule 16 conference, which addresses case management issues.

The only case management issue Plaintiff mentions is a schedule for summary judgment briefing, which would not require an in-person conference. Because it is unclear from the filing what case management issues Plaintiff wishes to discuss at an in-person conference, she is directed to confer with Defendants about this subject. The parties shall file a joint letter by **December 1, 2026** describing what they would like to discuss at a Rule 16 conference and whether the conference should be in person, by phone or by video.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge